The motion was made upon the ground that the question involved is simply academic.

*James C. Church* for motion.

*L. Laflin Kellogg* opposed.

Motion denied, with ten dollars costs.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE JOSEPH FALLERT BREWING COMPANY, LIMITED, Respondent, *v.* HENRY H. LYMAN, as State Commissioner of Excise of the State of New York, Appellant.

*People ex rel. Fallert Brewing Co.* v. *Lyman,* 53 App. Div. 470, affirmed.
(Submitted November 11, 1901; decided November 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made July 17, 1900, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus commanding the defendant to direct the payment of a rebate upon a certain liquor tax certificate surrendered for cancellation by the relator.

*S. B. Mead* and *W. E. Schenck* for appellant.

*Louis Marshall* and *Moses Weinman* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE SOCIETY OF THE FREE CHURCH OF ST. MARY THE VIRGIN, Respondent, *v.* THOMAS L. FEITNER et al., Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Society of Free Church of St. Mary* v. *Feitner,* 63 App. Div. 613, modified.
(Submitted November 11, 1901; decided November 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made July 9,